

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00530-CV

Lyle B. Murphey, Trustee of the Lyle Bernhardt Murphey Trust under Agreement dated May 2, 2002; and Lyle B. Murphey, Individually

v.

Old Dollar Properties, LLC

On Appeal from the
126th District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-17-003112

## JUDGMENT

The Court's judgment issued on October 21, 2021, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

February 3, 2022